UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN PEREZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HIGHER ONE HOLDINGS, INC., MARK VOLCHEK, CHRISTOPHER WOLF, and JEFFREY WALLACE,<br><br>Defendants. | Case No. 14-cv-00755<br><br><br><br><br><br>JUNE 19, 2014 |

**MOTION FOR ADMISSION OF JEREMY A. LIEBERMAN, ESQ.,
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d)(1), the undersigned member of the bar of this Court hereby moves that Jeremy A. Lieberman, Esq., be permitted to appear in this matter as a visiting lawyer on behalf of plaintiff Brian Perez. The accompanying Affidavit of Jeremy A. Lieberman in support of this motion, see Exhibit A, sets forth Mr. Lieberman's contact information, bar memberships, admission and/or discipline information, and knowledge of the rules of this Court. For example:

1.  Mr. Lieberman is a member of the firm of Pomerantz LLP, 600 Third Avenue, New York, New York 10016. His email address is jalieberman@pomlaw.com.

2.  Mr. Lieberman's telephone number is (212) 661-1100 and his facsimile number is (212) 661-8665.

3.  Mr. Lieberman is a member in good standing of the following courts:

| **BAR** | **BAR NUMBER** | **DATE OF ADMISSION** |
|---|---|---|
| *State Bar*: | | |
| New York | 4161352 | 9/17/2003 |
| *U.S. Court of Appeals:* | | |
| Second Circuit | | 11/09/2009 |
| Ninth Circuit | | 3/03/2011 |
| Third Circuit | | 1/31/2014 |
| Tenth Circuit | | 3/05/2014 |
| *U.S. District Courts:* | | |
| U.S. District Court, Eastern District of New York | JL1173 | 1/10/2006 |
| U.S. District Court, Southern District of New York | JL6130 | 1/10/2006 |
| U.S. District Court, Southern District of Texas | 1466757 | 11/26/2013 |
| U.S. District Court, Northern District of Illinois | | 08/31/2012 |
| U.S. District Court, District of Colorado | | 06/13/2014 |

4.      There are no disciplinary proceedings pending against Mr. Lieberman in any jurisdiction. Furthermore, Mr. Lieberman has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.      Mr. Lieberman has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.      Mr. Lieberman has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.     Mr. Lieberman designates undersigned counsel as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of Mr. Lieberman's admission.

8.     Mr. Lieberman has particular familiarity with the issues presented in this case inasmuch as he and his firm have been retained to represent plaintiff in connection with the issues raised in this case and in a series of related cases around the nation.

9.     Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing from the State of New York with respect to Mr. Lieberman will be filed within 60 days of the date of admission to this Court.

Based on the attached affidavit, undersigned counsel represents that Mr. Lieberman appears to satisfy all of the Court's requirements to be permitted to represent the plaintiff in this matter.

Accordingly, undersigned counsel respectfully requests that the Court admit Mr. Lieberman as a visiting lawyer for that purpose.

The $75.00 fee required for Mr. Lieberman's admission is submitted with this motion.

Dated:   JUNE 19, 2014

                                                Respectfully submitted,

                                                 */s/ Henry Elstein*

                                                **GOLDMAN, GRUDER & WOODS, LLC**
                                                Henry Elstein (CT09614)
                                                105 Technology Drive, Suite 2
                                                Trumbull, Connecticut 06611
                                                Telephone: 203-880-5333
                                                Facsimile: 203-880-5332

**POMERANTZ LLP**
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184