## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN PEREZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> HIGHER ONE HOLDINGS, INC., et al., <br><br> Defendants. | Case No.: 14-cv-755-AWT <br><br><br> October 20, 2017 |

### MOTION TO PERMIT JONI S. JACOBSEN TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), defendant Higher One Holdings, Inc., by and through its counsel, Joseph C. Merschman, hereby moves this Court to permit Joni S. Jacobsen to appear pro hac vice in the above-captioned action on its behalf. In support of this motion, the undersigned relies upon the attached Declaration submitted by Ms. Jacobsen.

PLEASE TAKE NOTICE that this application is made upon the papers, and unless counsel for plaintiffs objects to the application, no oral argument is requested.

WHEREFORE, defendant requests that this Court grant Joni S. Jacobsen permission to appear pro hac vice in this matter.

Respectfully submitted,

By: */s/ Joseph C. Merschman*
Joseph C. Merschman (ct27896)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4323
F: (203) 782-2889
jmerschman@wiggin.com

James H. Bicks (ct04729)
Wiggin and Dana LLP
281 Tresser Boulevard, 7th Floor
Stamford, CT 06901
T: (203) 363-7622
F: (203) 363-7676
jbicks@wiggin.com

## **CERTIFICATION OF SERVICE**

  I hereby certify that on October 20, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

             */s/ Joseph C. Merschman*
             Joseph C. Merschman

16873\65\3770791.v1