UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN PEREZ, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff(s), )<br>v. )<br>)<br>HIGHER ONE HOLDINGS, INC., )<br>et al., )<br>)<br>Defendants. )<br>) | Case No.: 3:14-cv-00755-AWT<br><br>November 30, 2017 |

### MOTION TO PERMIT JOHN F. LAURO TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), Defendant Christopher Wolf ("Mr. Wolf"), by and through undersigned counsel, respectfully moves this Court to permit John. F. Lauro to appear *pro hac vice* in the above-captioned action on Mr. Wolf's behalf. In support of this motion, undersigned counsel states as follows:

1.  Mr. Lauro is the principal of Lauro Law Firm, located at 101 East Kennedy Boulevard, Suite 3100, Tampa, Florida 33602. Mr. Lauro's telephone number is (813) 222-8990; his fax number is (813) 222-8991; and his email address is jlauro@laurolawfirm.com.

2.  Mr. Lauro is duly licensed, admitted to practice law, and a member in good standing in: Florida (No. 794074); New York (No. 1851716); and the District of Columbia (No. 392830). Mr. Lauro has been admitted to practice before: (1) the United States Supreme Court; (2) the United States Court of Appeals for the Second Circuit; (3) the United States Court of Appeals for the Eleventh Circuit; (4) the United States District Court for the Southern District of New York; (5) the United States District Court for the Eastern District of New York; (6) the United States District Court for the Middle District of Florida; (7) the United States District Court for the

Southern District of Florida; and (8) the United States District Court for the District of Columbia. *See* Affidavit of John F. Lauro, attached hereto as Exhibit A.

3. Mr. Lauro has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Further, Mr. Lauro has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

4. Mr. Lauro has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. The undersigned, a member in good standing of the Bar of this Court, will be associated with Mr. Lauro in the litigation of the above-captioned proceeding.

6. Mr. Lauro designates the undersigned as his agent upon whom process and service of notice may be served, and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission.

7. The undersigned submits that this request is for good cause, and is supported by the attached Affidavit of John F. Lauro.

## **CONCLUSION**

WHEREFORE, Mr. Wolf respectfully requests that the Court grant this motion and permit Mr. Lauro to appear *pro hac vice* in this matter on his behalf.

3

Dated:  November 30, 2017                              Respectfully Submitted,

                                          **MINCHELLA & ASSOCIATES, LLC**

                                          /s/ Anthony R. Minchella
                                        Anthony R. Minchella (CT 18890)
                                        aminchella@minchellalaw.com
                                        984 Southford Road, Suite 14
                                        Middlebury, Connecticut 06762
                                        T: (203) 758-1069
                                        F: (203) 758-2074

                                        *Attorneys for Defendant Christopher Wolf*

4

**CERTIFICATION OF SERVICE**

    I hereby certify that on November 30, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Anthony R. Minchella
        Anthony R. Minchella