

**Matthew L. Tuccillo**
Partner

January 10, 2018

**VIA ECF**

The Honorable Alvin W. Thompson
United States District Judge
United States District Court
for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street - Suite 240
Hartford, Connecticut 06103

    Re: ***Perez v. Higher One Holdings, Inc. et al.***, Case No. 3:14-cv-00755-AWT (D. Conn.)

Dear Judge Thompson:

    I write to inform the Court that a proposed settlement has been reached in the above-captioned matter, subject to execution of a Stipulation of Settlement on which work is ongoing. As a result, the settling parties respectfully request that a stay of all deadlines be instituted and that the proceedings be stayed except as necessary for the Court to consider the proposed settlement and to rule upon settlement-related motions as they are filed.

                                     Respectfully,

                                       Matthew L. Tuccillo

Enclosures

CC:    All counsel of record (via ECF)

mltuccillo@pomlaw.com
600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com
NEW YORK    CHICAGO    LOS ANGELES    PARIS