# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN PEREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHER ONE HOLDINGS, INC., et al.,<br><br>Defendants. | Case No.: 14-cv-755-AWT<br><br>**Class Action** |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND CERTIFICATION OF SETTLEMENT CLASS

**PLEASE TAKE NOTICE** that Lead Plaintiff Brian Perez and Plaintiff Robert E. Lee (together, "Plaintiffs"), by and through their attorneys Pomerantz LLP, individually and on behalf of all Settlement Class Members, will and hereby do move this Court on July 10, 2018 at 10:00 a.m., the date and time previously set by the Honorable Alvin W. Thompson, at the United States District Court for the District of Connecticut, Abraham Ribicoff Federal Building, 450 Main Street, South Courtroom, Hartford, Connecticut 06103, for an order granting final approval of the Settlement, granting approval of the Plan of Allocation, and certifying the Settlement Class.[1]

This motion is based on the accompanying Memorandum of Law, the Declaration of Matthew L. Tuccillo, Esq., the Declaration of Robert Cormio, the Declaration of Brian Perez, and the Declaration of Robert E. Lee, all filed simultaneously herewith, and the pleadings and records

---

[1] Unless otherwise stated, all capitalized terms used herein have the same definitions as assigned in the Stipulation of Settlement, dated February 6, 2018 (Dkt. No. 140-1) ("Stipulation").

on file in this action, including, without limitation, the Stipulation and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated:  June 12, 2018	Respectfully submitted,

**POMERANTZ LLP**

/s/ *Matthew L. Tuccillo*
Matthew L. Tuccillo (Bar No. ct28411)

Jeremy A. Lieberman
Jennifer Banner Sobers
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184

*Lead Counsel and [Proposed] Class Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on this, the 12th day of June, 2018, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          */s/ Matthew L. Tuccillo*
                                                          Matthew L. Tuccillo