UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN PEREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                               Plaintiff,<br><br>                     v.<br><br>HIGHER ONE HOLDINGS, INC., et al.,<br><br>                              Defendants. | Case No.: 14-cv-755-AWT<br><br>**Class Action** |

**DECLARATION OF BRIAN PEREZ IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTIONS FOR (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND CERTIFICATION OF SETTLEMENT CLASS AND (II) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS**

I, Brian Perez, hereby declare as follows:

1. I submit this declaration in support of (i) final approval of the proposed Settlement of the above-captioned action ("Action"), including the Plan of Allocation and certification of the Settlement Class, (ii) Lead Counsel's request for attorneys' fees and reimbursement of expenses, and (iii) my application for a compensatory award for time spent directly related to my representation of the Settlement Class.[1]

2. I have personal knowledge about the facts attested to herein.

3. I am a national wholesale manager for a men's clothing company, JACHS NY.

4. I was appointed as Lead Plaintiff in this Action on December 17, 2014 (Dkt. No. 27).

---

[1] Unless otherwise stated, all capitalized terms used herein have the same definitions as assigned in the Stipulation of Settlement, dated February 6, 2018 (Dkt. No. 140-1) ("Stipulation").

1

5. Since the start of the lead-plaintiff-approval process, I have been in regular contact with Lead Counsel. In this capacity, I compiled my trading data, completed a certification, and have received and reviewed all of the pleadings, in both draft and final form, including the motion to serve as Lead Plaintiff, initial and amended complaints, and the significant motions and oppositions to the same. I have requested and received regular updates about the progress of the litigation and issues of strategy and approach, and I was consulted before and during settlement discussions and mediation, during which I was in communication with Lead Counsel, articulated my settlement authority, and approved the Settlement before it was finalized. At all stages of the Action, I was kept aware of major developments, both through my own outreach to Lead Counsel and through Lead Counsel's proactive updates to me.

6. I fully support the Settlement for $7.5 million. This is an excellent result achieved by counsel, when considering the strengths and weaknesses of the claims and the risks and considerable costs in time and expenses if the Action was to continue.

7. In my capacity as Lead Plaintiff in the litigation, I spent considerable time in connection with the Action. In reviewing my records relating to the Action, I estimate that I spent 12 hours performing the tasks above to achieve the greatest benefit for the Settlement Class. Given my participation in the Action, I respectfully request reimbursement of $1,500.00 for these efforts that led to the Settlement.

8. I support the requested award of attorneys' fees in the amount of 30% of the Settlement Amount. This requested fee is reasonable in light of the expertise of our legal counsel, the amount of work that they performed towards successful resolution of the Action against Settling Defendants, the complexity of prosecuting the Action, the large out-of-pocket expenses that they

incurred, and the fact that the case has been pursued at enormous risk with no guarantee of recovery.

9. I also support reimbursement of attorneys' expenses as requested, as I believe these expenses to have been reasonably incurred by our legal counsel in the course of prosecuting the Action on the Settlement Class' behalf.

10. In sum, I respectfully request that the Court approve the Settlement, grant a compensatory award of $1,500.00 to me in light of my time and effort expended in pursuing the Action, and approve the attorneys' fee request of 30% of the Settlement Amount and full reimbursement of legal expenses.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 23rd day of May, 2018.

_____
Brian Perez