UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN PEREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>HIGHER ONE HOLDINGS, INC., et al.,<br><br>                              Defendants. | Case No.: 14-cv-755-AWT<br><br>**Class Action** |

PLAINTIFFS' MOTION FOR AWARD OF
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND COMPENSATORY AWARDS TO PLAINTIFFS

**PLEASE TAKE NOTICE** that Lead Plaintiff Brian Perez and Plaintiff Robert E. Lee (together, "Plaintiffs"), by and through their attorneys Pomerantz LLP, individually and on behalf of all Settlement Class Members, will and hereby do move this Court on July 10, 2018 at 10:00 a.m., the date and time previously set by the Honorable Alvin W. Thompson, at the United States District Court for the District of Connecticut, Abraham Ribicoff Federal Building, 450 Main Street, South Courtroom, Hartford, Connecticut 06103, for an order awarding attorneys' fees, awarding reimbursement of litigation expenses, and awarding compensatory awards to Plaintiffs.[1]

This motion is based on the accompanying Memorandum of Law, the Declaration of Matthew L. Tuccillo, Esq., the Declaration of Bruce L. Elstein, Esq., the Declaration of Robert Cormio, the Declaration of Brian Perez, and the Declaration of Robert E. Lee, all filed simultaneously herewith, and the pleadings and records on file in this action, including, without

---

[1] All capitalized terms used herein have the same definitions as assigned in the Stipulation of Settlement, dated February 6, 2018 (Dkt. No. 140-1) ("Stipulation").

limitation, the Stipulation and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated:  June 12, 2018

        Respectfully submitted,

        **POMERANTZ LLP**

        /s/ *Matthew L. Tuccillo*
        Matthew L. Tuccillo (Bar No. ct28411)

        Jeremy A. Lieberman
        Jennifer Banner Sobers
        600 Third Avenue, 20th Floor
        New York, New York 10016
        Telephone:  (212) 661-1100
        Facsimile:  (212) 661-8665

        **POMERANTZ LLP**
        Patrick V. Dahlstrom
        10 South La Salle Street, Suite 3505
        Chicago, Illinois 60603
        Telephone:  (312) 377-1181
        Facsimile:  (312) 377-1184

        ***Lead Counsel and [Proposed] Class Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 12th day of June, 2018, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> */s/ Matthew L. Tuccillo*
> Matthew L. Tuccillo